UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHANE L. HILL | CIVIL ACTION |
| VERSUS | NO. 23-3956 |
| DEPUTY C. MAYNARD | SECTION M (2) |

## ORDER

After considering the complaint, the record, the applicable law, the magistrate judge's Report and Recommendation ("R&R"),[1] and the plaintiff's objection to the R&R,[2] the Court hereby overrules the plaintiff's objection, approves the R&R, and adopts it as its opinion in this matter. The plaintiff's bare-bones objection does not address the points made in the well-reasoned R&R. Accordingly,

**IT IS ORDERED** that plaintiff Shane L. Hill's 42 U.S.C. § 1983 claims against defendant Deputy C. Maynard in his official capacity are DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. § 1915 and § 1915A as frivolous and for failure to state a claim for which relief can be granted.

**IT IS FURTHER ORDERED** that plaintiff Hill's § 1983 claims against defendant Maynard in his individual capacity challenging Hill's arrest and conviction for disturbing the peace are DISMISSED WITH PREJUDICE until such time as the conditions provided in *Heck v. Humphrey*, 512 U.S. 477 (1994), are met.

**IT IS FURTHER ORDERED** that plaintiff Hill's state constitutional and tort law claims against defendant Maynard are DISMISSED WITHOUT PREJUDICE because the court declines to exercise supplemental jurisdiction.

---

[1] R. Doc. 10.
[2] R. Doc. 13.

New Orleans, Louisiana, this 15th day of January, 2024.

                                                    _____
                                                    BARRY W. ASHE
                                                    UNITED STATES DISTRICT JUDGE